## DECISIONS PER CURIAM, FROM JANUARY 13, 1925, TO AND INCLUDING APRIL 13, 1925, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 698. UNITED STATES EX REL. FINK *v.* TOD, COM-MISSIONER OF IMMIGRATION. Certiorari to the Circuit Court of Appeals for the Second Circuit. January 13, 1925. Judgment reversed with costs; and cause remanded to the District Court of the United States for the Southern District of New York with directions to discharge the petitioner, upon confession of error by *Solicitor General Beck,* for respondent. *Mr. Max J. Kohler* and *Mr. Louis Marshall* for petitioner.

---

No. 172. COWOKOCHEE *v.* JAMES A. CHAPMAN AND R. M. McFARLIN. Argued January 15, 1925. Decided January 15, 1925. Writ of error dismissed. *Mr. Lewis C. Lawson* for plaintiff in error. No appearance for defendant in error. See post, p. 572.

---

No. —, Original. *Ex parte:* IN THE MATTER OF FRANK C. MEBANE. Submitted January 12, 1925. Decided January 19, 1925. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. Benjamin Catchings* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF BENJA-MIN CATCHINGS. Submitted January 12, 1925. Decided January 19, 1925. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. Benjamin Catchings,* pro se.

---

No. 534. ELLIS N. BLACK *v.* LURA W. BLACK. Error to the Supreme Court of the State of Ohio. Motion to